**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Joint Administration Requested |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 21, 2019 AT 10:00 A.M. (ET)**

**Date and Time of Hearing:**    **THE HEARING HAS BEEN RESCHEDULED FROM FEBRUARY 20, 2019, AT 11:00 A.M. (ET) TO FEBRUARY 21, 2019, AT 10:00 A.M. (ET) AS THE COURT IS CLOSED ON FEBRUARY 20, 2019, DUE TO INCLEMENT WEATHER.**

**Location:**    **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

## PETITIONS

1.    Voluntary Chapter 11 Petition Packages:

    A.    BeavEx Holding Corporation, Case No. 19-10316

    B.    BeavEx Acquisition, Inc., Case No. 19-10317

    C.    BeavEx Incorporated, Case No. 19-10318

    D.    JNJW Enterprises, Case No. 19-10319

    E.    USXP, LLC, Case No. 19-10320

## DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS

2.    Declaration of Donald Van der Wiel in Support of Chapter 11 Petitions and First Day Motions [Docket No. 2, 2/18/19]

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).  The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

[2]  **Amended items appear in bold.**

**MATTERS GOING FORWARD**

3.      Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 3, 2/18/19]

      <u>Status</u>:  This matter will be going forward.

4.      Debtors' Application for Order Appointing Stretto as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 4, 2/18/19]

      <u>Status</u>:  This matter will be going forward.

5.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2015 and Local Rule 2015-2 (I) Authorizing and Approving (A) Continued Use of Cash Management System and (B) Use of Prepetition Bank Accounts and Business Forms; (II) Authorizing the Banks Participating in the Cash Management System to Honor Certain Transfers and Charge Certain Amounts; (III) Waiving the Requirements of Section 345(b) on an Interim Basis; (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (V) Granting Related Relief [Docket No. 5, 2/18/19]

      **Related Documents:**

          **a)**      **Certification of Counsel Regarding Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 28, 2/20/19]**

          **b)**      **Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. TBD]**

      <u>Status</u>:  This matter will be going forward on an interim basis.

6.      Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of (I) Certain Prepetition Employee Obligations, Including Wages, Salaries, and Other Compensation; (II) Certain Employee Benefits and Other Associated Obligations; and (III) Granting Related Relief [Docket No. 6, 2/18/19]

      **Related Documents:**

          **a)**      **Certification of Counsel Regarding Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 28, 2/20/19]**

          **b)**      **Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. TBD]**

Status:  This matter will be going forward on an interim basis.

7.      Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Contract Couriers and Third-Party Service Providers, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Certain Related Relief [Docket No. 7, 2/18/19]

**Related Documents:**

   **a)      Certification of Counsel Regarding Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 28, 2/20/19]**

   **b)      Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. TBD]**

Status:  This matter will be going forward on an interim basis.

8.      Debtors' Motion for Entry of an Order Authorizing Debtors to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business [Docket No. 8, 2/18/19]

Status:  This matter will be going forward.

9.      Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors and Administrative Claimholders [Docket No. 9, 2/18/19]

Status:  This matter will be going forward on an interim basis.

10.     Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims for Shipper and Common Carrier Obligations [Docket No. 10, 2/18/19]

Status:  This matter will be going forward on an interim basis.

11.     Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code Authorizing (I) the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 11, 2/18/19]

Status:  This matter will be going forward on an interim basis.

12.     Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including

Payment of Policy Premiums and (B) Continuation of Insurance Premium Finance Agreement, and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 12, 2/18/19]

Status:  This matter will be going forward on an interim basis.

13.    Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [Docket No. 13, 2/18/19]

Status:  This matter will be going forward on an interim basis.

14.    Debtors' Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2,  (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing: (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 14, 2/18/19]

**Related Documents:**

a)     **Certification of Counsel Regarding Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 28, 2/20/19]**

b)     **Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. TBD]**

Status:  This matter will be going forward on an interim basis.

*[Signature Page Follows]*

Dated: Wilmington, Delaware       YOUNG CONAWAY STARGATT & TAYLOR, LLP
February 20, 2019

*/s/ Donald J. Bowman, Jr.*
Joseph M. Barry (No. 4221)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Jordan E. Sazant (No. 6515)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in
Possession*

01:24190661.1