# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Joint Administration Requested |
| | Hearing Date: March 13, 2019 at 11:30 a.m. (ET)<br>Objection Deadline: March 6, 2019 at 4:00 p.m. (ET) |
| | Ref. Docket No. 16 |

## NOTICE OF MOTION

TO:  (I) THE U.S. TRUSTEE, (II) THE U.S. ATTORNEY, (III) THE INTERNAL REVENUE SERVICE, (IV) THE DEBTORS' THIRTY (30) LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS, (V) COUNSEL TO ANY STATUTORY COMMITTEE APPOINTED IN THE CHAPTER 11 CASES, (VI) COUNSEL TO THE DEBTORS' PRE- AND PROPOSED POST-PETITION SECURED LENDERS, (VII) COUNSEL TO THE LEAD BIDDER, AND (VIII) ANY PARTY THAT HAS FILED A NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AS OF THE DATE HEREOF

**PLEASE TAKE NOTICE** that, on February 18, 2019, BeavEx Holding Corporation and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the **Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for Entry of: (I) an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief** [Docket No. 16] (the "Motion").  A copy of the Motion is being served concurrently herewith.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).  The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

01:24190063.1

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion <u>solely with respect to proposed bidding procedures</u> must be filed on or before **March 6, 2019 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Motion must be served upon the proposed undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION <u>SOLELY WITH RESPECT TO PROPOSED BIDDING PROCEDURES</u> WILL BE HELD ON **MARCH 13, 2019 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  Wilmington, Delaware
        February 20, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*
Joseph M. Barry (No. 4221)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Jordan E. Sazant (No. 6515)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253

*Proposed Counsel for the Debtors
and Debtors in Possession*