**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| BEAVEX HOLDING CORPORATION, *et al.* | : | Case No. 19-10316 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtor(s). | : | NOTICE OF APPOINTMENT OF |
| ---------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.  **Priority Express,** Attn: Donald Wauters, 8341 NE 50th Ave., Altoona, IA 50009, Phone: 515-577-7722; Fax: 515-243-4900

2.  **Alliant Insurance Services, Inc.**, Attn: Andy Lewis, 333 S. Hope Street, Suite 3750, Los Angeles, CA 90071, Phone: 503-930-1579

3.  **Osama Daoud** c/o Siegel & Dolan, Ltd., 150 N. Wacker Drive, Suite 3000, Chicago, IL 60606, Phone: 312-878-3210; Fax: 312-878-3211

4.  **United Transport Services, Inc.,** Attn: Mark Eisenberg, 7920 Tar Bay Drive, Jessup, MD 20794, Phone: 410-799-6162; Fax: 410-889-0113

5.  **APG Shadowood, LLC,** Attn: James R. Holden, Jr., 3500 Piedmont Road, Suite 610, Atlanta, GA 30305, Phone: 404-442-6114


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Jaclyn Weissgerber* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: March 1, 2019

Attorney assigned to this Case: Jaclyn Weissgerber, Esq., Phone: 302-573-6491, Fax: 302-573-6497
Debtors' Counsel: Joseph Barry, Esq., Phone: 302-571-6705; Fax: 302-576-3280