**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 13, 2019 AT 11:30 A.M. (ET)**

**RESOLVED MATTERS**

1.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2015 and Local Rule 2015-2 (I) Authorizing and Approving (A) Continued Use of Cash Management System and (B) Use of Prepetition Bank Accounts and Business Forms; (II) Authorizing the Banks Participating in the Cash Management System to Honor Certain Transfers and Charge Certain Amounts; (III) Waiving the Requirements of Section 345(b) on an Interim Basis; (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (V) Granting Related Relief [Docket No. 5, 2/18/19]

Related Documents:

a)      Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 30, 2/20/19]

b)      Interim Order, Pursuant to Sections 105(a), 345, 363 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2015 and Local Rule 2015-2 (I) Authorizing and Approving (A) Continued Use of Cash Management System and (B) Use of Prepetition Bank Accounts and Business Forms; (II) Authorizing the Banks Participating in the Cash Management System to Honor Certain Transfers and Charge Certain Amounts; (III) Waiving the Requirements of Section 345(b) on an Interim Basis; (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (V) Granting Related Relief [Docket No. 45, 2/21/19]

c)      Notice of Final Hearing and Entry of Interim Order [Docket No. 54, 2/22/19]

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).  The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

d)      Certificate of No Objection [Docket No. 100, 3/7/19]

e)      Final Order, Pursuant to Sections 105(a), 345, 363 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2015 and Local Rule 2015-2 (I) Authorizing and Approving (A) Continued Use of Cash Management System and (B) Use of Prepetition Bank Accounts and Business Forms; (II) Authorizing the Banks Participating in the Cash Management System to Honor Certain Transfers and Charge Certain Amounts; (III) Waiving the Requirements of Section 345(b) on an Interim Basis; (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (V) Granting Related Relief [Docket No. 117, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:  None to date.

Status:  An order has been entered.  No hearing is necessary.

2.      Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of (I) Certain Prepetition Employee Obligations, Including Wages, Salaries, and Other Compensation; (II) Certain Employee Benefits and Other Associated Obligations; and (III) Granting Related Relief [Docket No. 6, 2/18/19]

Related Documents:

a)      Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 30, 2/20/19]

b)      Interim Order Authorizing Payment of (I) Certain Prepetition Employee Obligations, Including Wages, Salaries, and Other Compensation; (II) Certain Employee Benefits and Other Associated Obligations; and (III) Granting Related Relief [Docket No. 38, 2/21/19]

c)      Notice of Final Hearing and Entry of Interim Order [Docket No. 55, 2/22/19]

d)      Certificate of No Objection [Docket No. 101, 3/7/19]

e)      Final Order Authorizing Payment of (I) Certain Prepetition Employee Obligations, Including Wages, Salaries, and Other Compensation; (II) Certain Employee Benefits and Other Associated Obligations; and (III) Granting Related Relief [Docket No. 118, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:  None to date.

Status:  An order has been entered.  No hearing is necessary.

3.    Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Contract Couriers and Third-Party Service Providers, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Certain Related Relief [Docket No. 7, 2/18/19]

Related Documents:

a)    Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 30, 2/20/19]

b)    Interim Order, Pursuant to Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Contract Couriers and Third-Party Service Providers, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Certain Related Relief [Docket No. 39, 2/21/19]

c)    Notice of Final Hearing and Entry of Interim Order [Docket No. 56, 2/22/19]

d)    Certification of Counsel [Docket No. 113, 3/7/19]

e)    Final Order, Pursuant to Sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Contract Couriers and Third-Party Service Providers, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Certain Related Relief [Docket No. 130, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

f)    Informal comments from the Official Committee of Unsecured Creditors

Status:  An order has been entered.  No hearing is necessary.

4.      Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors and Administrative Claimholders [Docket No. 9, 2/18/19]

Related Documents:

a)      Interim Order Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors and Administrative Claimholders [Docket No. 47, 2/21/19]

b)      Notice of Final Hearing and Entry of Interim Order [Docket No. 57, 2/22/19]

c)      Certification of Counsel [Docket No. 102, 3/7/19]

d)      Final Order Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors and Administrative Claimholders [Docket No. 119, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

e)      Informal comments from the Official Committee of Unsecured Creditors

Status:  An order has been entered.  No hearing is necessary.

5.      Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Claims for Shipper and Common Carrier Obligations [Docket No. 10, 2/18/19]

Related Documents:

a)      Interim Order Authorizing the Debtors to Pay Claims for Prepetition Shipper and Common Carrier Obligations [Docket No. 48, 2/21/19]

b)      Notice of Final Hearing and Entry of Interim Order [Docket No. 58, 2/22/19]

c)      Certification of Counsel [Docket No. 103, 3/7/19]

d)      Final Order Authorizing the Debtors to Pay Claims for Prepetition Shipper and Common Carrier Obligations [Docket No. 120, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at

4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

<u>Objections/Responses Filed</u>:

      d)    Informal comments from the Official Committee of Unsecured Creditors

<u>Status</u>:  An order has been entered.  No hearing is necessary.

6.    Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code Authorizing (I) the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 11, 2/18/19]

    <u>Related Documents</u>:

      a)    Interim Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code Authorizing (I) the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 49, 2/21/19]

      b)    Notice of Final Hearing and Entry of Interim Order [Docket No. 59, 2/22/19]

      c)    Certificate of No Objection [Docket No. 104, 3/7/19]

      d)    Final Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code Authorizing (I) the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 121, 3/11/19]

    <u>Objection Deadline</u>:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

    <u>Objections/Responses Filed</u>:  None to date.

    <u>Status</u>:  An order has been entered.  No hearing is necessary.

7.    Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and (B) Continuation of Insurance Premium Finance Agreement, and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 12, 2/18/19]

Related Documents:

a)      Interim Order, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and (B) Continuation of Insurance Premium Finance Agreement, and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 52, 2/22/19]

b)      Notice of Final Hearing and Entry of Interim Order [Docket No. 60, 2/22/19]

c)      Certificate of No Objection [Docket No. 105, 3/7/19]

d)      Final Order, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (I) Authorizing (A) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and (B) Continuation of Insurance Premium Finance Agreement, and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 122, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:  None to date.

Status:  An order has been entered.  No hearing is necessary.

8.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [Docket No. 13, 2/18/19]

Related Documents:

a)      Interim Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [Docket No. 53, 2/22/19]

b)     Notice of Final Hearing and Entry of Interim Order [Docket No. 61, 2/22/19]

c)     Notice of Amended Exhibit A to Motion [Docket No. 77, 2/28/19]

d)     Certification of Counsel [Docket No. 106, 3/7/19]

e)     Final Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV) Granting Related Relief [Docket No. 123, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:  None to date.

Status:  An order has been entered.  No hearing is necessary.

9.     Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date [Docket No. 34, 2/20/19]

Related Documents:

a)     Certification of Counsel [Docket No. 107, 3/7/19]

b)     Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date [Docket No. 126, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

c)     Informal comments from the U.S. Trustee

Status:  An order has been entered.  No hearing is necessary.

10.  Application of the Debtors for Order Authorizing Employment and Retention of Stretto as Administrative Advisor to the Debtors Effective *Nunc Pro Tunc* to Petition Date [Docket No. 35, 2/20/19]

Related Documents:

a)  Certification of Counsel [Docket No. 108, 3/7/19]

b)  Order Authorizing Employment and Retention of Stretto as Administrative Advisor to the Debtors Effective *Nunc Pro Tunc* to Petition Date [Docket No. 127, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

c)  Informal comments from the U.S. Trustee

Status:  An order has been entered.  No hearing is necessary.

11.  Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 75, 2/27/19]

Related Documents:

a)  Certification of Counsel [Docket No. 111, 3/7/19]

b)  Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 128, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

c)  Informal comments from the U.S. Trustee

Status:  An order has been entered.  No hearing is necessary.

12.     Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 76, 2/27/19]

Related Documents:

    a)     Certification of Counsel [Docket No. 112, 3/7/19]

    b)     Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 129, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

    c)     Informal comments from the U.S. Trustee

Status:  An order has been entered.  No hearing is necessary.

## UNCONTESTED MATTERS WITH CERTIFICATION

13.     Debtors' Motion for Entry of an Order Authorizing the Debtors (I) to Employ and Retain S3 Advisors, LLC to Provide Donald Van der Wiel as Chief Restructuring Officer and Additional Personnel, as necessary, *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief [Docket No. 37, 2/20/19]

Related Documents:

    a)     Supplemental Declaration of Donald Van der Wiel [Docket No. 99, 3/7/19]

    b)     Certification of Counsel [Docket No. 110, 3/7/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

c)     Informal comments from the U.S. Trustee

d)     Informal comments from the Official Committee of Unsecured Creditors

Status:  A revised form of order resolving the informal comments has been submitted under Certification of Counsel.  Unless the Court has any questions regarding the requested relief, no hearing is necessary.

14.    Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for Entry of: (I) an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief [Docket No. 16, 2/18/19]

Related Documents:

    a)      Notice of Motion [Docket No. 33, 2/20/19]

    b)      Declaration of Ben Wright in Support of an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief [Docket No. 116, 3/11/19]

    c)      Certification of Counsel [Docket No. 124, 3/11/19]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:  None to date.

Status:  A revised form of order has been submitted under Certification of Counsel. Unless the Court has any questions regarding the requested relief, no hearing is necessary.

**CONTESTED MATTERS**

15.  Debtors' Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2,  (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 14, 2/18/19]

Related Documents:

a)  Emergency Interim Order Authorizing Limited Use of Cash Collateral and Payment of Certain Prepetition Employee Obligations [Docket No. 30, 2/20/19]

b)  Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2,  (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 40, 2/21/19]

c)  Notice of Final Hearing and Entry of Interim Order [Docket No. 62, 2/22/19]

d)  Notice of Filing of Proposed Final Order [Docket No. 125, 3/11/19]

e)  Debtors' Motion for an Order Granting Leave and Permission to File the Debtors' Reply in Support of Motion [Docket No. TBD, to be filed]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

f)  Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Financing [Docket No. 114, 3/8/19]

Status:  This matter will be going forward.

16.     Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving the Debtors' Key Employee Incentive Plan [Docket No. 36, 2/20/19]

Related Documents:

a)      Declaration of Bradley E. Scher in Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving the Debtors' Key Employee Incentive Plan [Docket No. TBD, to be filed]

b)      Debtors' Motion for an Order Granting Leave and Permission to File the Debtors' Reply in Support of Debtors' Key Employee Incentive Plan [Docket No. TBD, to be filed]

Objection Deadline:  March 6, 2019 at 4:00 p.m. (ET) [Extended to March 8, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors]

Objections/Responses Filed:

c)      United States Trustee's Objection to the Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code, Approving the Debtors' Key Employee Incentive Plan [Docket No. 94, 3/5/19]

d)      Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving the Debtors' Key Employee Incentive Plan [Docket No. 115, 3/8/19]

Status:  This matter will be going forward.

*[Signature Page Follows]*

Dated: Wilmington, Delaware
March 11, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*

Joseph M. Barry (No. 4221)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Jordan E. Sazant (No. 6515)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:24224704.1