IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> BEAVEX HOLDING CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-10316 (LSS) <br><br> Jointly Administered <br><br> **Ref. Docket Nos. 16 & 151** |

## NOTICE OF (I) CANCELLED AUCTION; (II) SUCCESSFUL BID FOR THE ACQUIRED ASSETS AND (III) SUCCESSFUL BID FOR THE AR ASSETS

**PLEASE TAKE NOTICE** that, on February 18, 2019, BeavEx Holding Corporation and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed that certain *Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for Entry of: (I) an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief* [Docket No. 16] (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 14, 2019, the Court entered that certain *Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief* [Docket No. 151] (the "Bid Procedures Order"),[2] approving the relief requested in the Bid Procedures Motion.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997). The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on March 15, 2019, in connection with the Bid Procedures Order, the Debtors filed that certain *Notice of Bid Procedures, Auction Date, Objection Deadline and Sale Hearing With Respect to Substantially All of the Debtors' Assets* [Docket No. 152] (the "Sale Notice"), noticing, among other things, that (i) the Bid Deadline had been established as April 8, 2019 at 4:00 p.m. (ET), and (ii) the Auction had been scheduled for April 10, 2019 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, on April 9, 2019, the Debtors filed that certain *Notice of Adjourned Auction* [Docket No. 213], noticing that the Auction had been rescheduled to April 12, 2019 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, following the Bid Deadline, the Debtors evaluated the Qualified Bids received pursuant to the Bid Procedures. The Debtors have determined that no Qualified Bids other than the Lead Bid were received in connection with the Acquired Assets. Accordingly, the Lead Bid submitted by TForce Final Mile, LLC, TForce Final Mile West, LLC and TForce Logistics, LLC was determined to be the Successful Bid for the Acquired Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined that the bid submitted by Tiger Capital Group, LLC (the "Tiger AR Bid") is the Successful Bid for certain accounts receivable not subject to the Lead Bid (the "AR Assets"). The Tiger AR Bid was the only bid deemed to be a Qualified Bid for the AR Assets.

**PLEASE TAKE FURTHER NOTICE** that the **Auction is cancelled**.

**PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS INTEND TO PRESENT THE PROPOSED SALE ORDERS FOR THE ACQUIRED ASSETS AND AR ASSETS, TOGETHER WITH PROPOSED PURCHASE AGREEMENTS, AT A HEARING SCHEDULED TO HELD ON APRIL 16, 2019 AT 10:00 A.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.**

| | |
|---|---|
| Dated: April 11, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jordan E. Sazant*<br>Joseph M. Barry (No. 4221)<br>Matthew B. Lunn (No. 4119)<br>Donald J. Bowman, Jr. (No. 4383)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |