IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 16, 2019 AT 10:00 A.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order Extending the Time for Filing Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 145, 3/13/19]

    Related Documents:

    a) Certificate of No Objection [Docket No. 183, 3/28/19]

    b) Order Extending the Time for Filing Schedules and Statements [Docket No. 190, 4/3/19]

    Objection Deadline: March 27, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None.

    Status: An order has been entered. No hearing is necessary.

2. Application for Order Authorizing the Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of BeavEx Holding Corporation, *et al.*, *Nunc Pro Tunc* to March 1, 2019 [Docket No. 158, 3/18/19]

    Related Documents:

    a) Supplemental Declaration of Bennett S. Silverberg in Support of the Application for Order Authorizing the Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of BeavEx Holding Corporation, *et al.*, *Nunc Pro Tunc* to March 1, 2019 [Docket No. 169, 3/26/19]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997). The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

[2] Amended information appears in **bold**.

      b)    Certification of Counsel [Docket No. 187, 4/2/19]

      c)    Order Authorizing Employment and Retention of Brown Rudnick LLP as Co-Counsel for the Official Committee of Unsecured Creditors of BeavEx Holding Corporation, *et al.*, *Nunc Pro Tunc* to March 1, 2019 [Docket No. 193, 4/4/19]

Objection Deadline: April 1, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:

      d)    Informal comments from the U.S. Trustee

Status: An order has been entered. No hearing is necessary.

3. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to March 1, 2019 [Docket No. 159, 3/18/19]

   Related Documents:

      a)    Certification of Counsel [Docket No. 188, 4/2/19]

      b)    Order Authorizing the Employment and Retention of Saul Ewing Arnstein & Lehr LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to March 1, 2019 [Docket No. 194, 4/4/19]

Objection Deadline: April 1, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:

      c)    Informal comments from the U.S. Trustee

Status: An order has been entered. No hearing is necessary.

4. Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to March 1, 2019 [Docket No. 160, 3/18/19]

   Related Documents:

      a)    Certification of Counsel [Docket No. 189, 4/2/19]

      b)    Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to March 1, 2019 [Docket No. 195, 4/4/19]

Objection Deadline: April 1, 2019 at 4:00 p.m. (ET)

Objections/Responses Filed:

    c)    Informal comments from the U.S. Trustee

Status: An order has been entered. No hearing is necessary.

5. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors' Key Employee Retention Plan, (II) Approving the Terms Thereof, and (III) Granting Related Relief [Docket No. 171, 3/26/19]

    Related Documents:

    a)    Certificate of No Objection [Docket No. 218, 4/10/19]

    b)    Order (I) Authorizing the Debtors' Key Employee Retention Plan, (II) Approving the Terms Thereof, and (III) Granting Related Relief [Docket No. 223, 4/11/19]

    Objection Deadline: April 9, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None to date.

    Status: An order has been entered. No hearing is necessary.

6. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PKF O'Connor Davies, LLP to Provide Certain Tax Services, *Nunc Pro Tunc* to March 6, 2019 and (II) Granting Related Relief [Docket No. 172, 3/26/19]

    Related Documents:

    a)    Certificate of No Objection [Docket No. 219, 4/10/19]

    b)    Order (I) Authorizing the Retention and Employment of PKF O'Connor Davies, LLP to Provide Certain Tax Services, *Nunc Pro Tunc* to March 6, 2019 and (II) Granting Related Relief [Docket No. 224, 4/11/19]

    Objection Deadline: April 9, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None to date.

    Status: An order has been entered. No hearing is necessary.

**UNCONTESTED MATTER GOING FORWARD**

7. Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for Entry of: (I) an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief [Docket No. 16, 2/18/19]

   Related Documents:

   a) Notice of Motion [Docket No. 33, 2/20/19]

   b) Declaration of Ben Wright in Support of an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief [Docket No. 116, 3/11/19]

   c) Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief [Docket No. 151, 3/14/19]

   d) Notice of Bid Procedures, Auction Date, Objection Deadline and Sale Hearing with Respect to Substantially All of the Debtors' Assets [Docket No. 152, 3/15/19]

   e) Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors of Assumption, Assignment, and Sale with Respect to Substantially All of the Debtors' Assets [Docket No. 153, 3/15/19]

   f) Affidavit of Service re: Bid Procedures Order and Sale Notice [Docket No. 165, 3/19/19]

g)  Affidavit of Service re: Cure Notice [Docket No. 166, 3/19/19]

h)  (Supplemental) Affidavit of Service re: Cure Notice [Docket No. 179, 3/28/19]

i)  (Supplemental) Affidavit of Service re: Bid Procedures Order and Sale Notice [Docket No. 191, 4/3/19]

j)  (Supplemental) Affidavit of Service re: Cure Notice [Docket No. 207, 4/5/19]

k)  Notice of Adjourned Auction [Docket No. 213, 4/9/19]

l)  (Supplemental) Affidavit of Service re: Bid Procedures Order and Sale Notice [Docket No. 216, 4/10/19]

m)  Notice of (I) Cancelled Auction; (II) Successful Bid for the Acquired Assets and (III) Successful Bid for the AR Assets [Docket No. 220, 4/11/19]

n)  Notice of Filing Revised Proposed Order: (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief [Docket No. 226, 4/12/19]

o)  Declaration of Bradley E. Scher in Support of (I) Order (A) Authorizing the Sale of Substantially All the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief, and (II) Order: (A) Authorizing the Sale of Certain Accounts Receivable of the Debtors Free and Clear of Liens, Claims, Encumbrances and (B) Granting Related Relief [Docket No. 227, 4/12/19]

p) Declaration of Ben Wright in Support of (I) Order (A) Authorizing the Sale of Substantially All the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto and (D) Granting Related Relief, and (II) Order: (A) Authorizing the Sale of Certain Accounts Receivable of the Debtors Free and Clear of Liens, Claims, Encumbrances and (B) Granting Related Relief [Docket No. 228, 4/12/19]

**q) Notice of Filing Revised Proposed Order: (A) Authorizing the Sale of Certain Accounts Receivable of the Debtors Free and Clear of Liens, Claims, Encumbrances and (B) Granting Related Relief [Docket No. 232, 4/15/19]**

Sale Objection Deadline:  April 9, 2019 at 4:00 p.m. (ET) [Extended to April 11, 2019 at 4:00 p.m. (ET) solely with respect to the Official Committee of Unsecured Creditors (the "Committee")]

Sale Objections/Responses Filed:  Informal objection of the Committee.

Cure Objection Deadline:  March 29, 2019 at 4:00 p.m. (ET) [Extended to April 5, 2019 at 4:00 p.m. (ET) solely with respect to (i) NAI Hanson Management LLC and (ii) Compression Solutions]

Cure Objections/Responses Filed:

r) Objection and Reservation of Rights of ContinuServe, LLC to Proposed Cure Amount [Docket No. 175, 3/27/19]

s) Express Messenger Systems, Inc. d/b/a OnTrac's Objection and Reservation of Rights in Response to Debtors' Cure Notice [Docket No. 176, 3/27/19]

t) Objection to Proposed Cure and Precautionary Objection to Assignment to Lead Bidder of Unexpired Lease with LIT Industrial Limited Partnership [Docket No. 178, 3/27/19]

u) 30 Magaziner Realty, LLC's Objection to Proposed Cure Amount Set Forth in Cure Notice [Docket No. 180, 3/28/19]

v) Objection of AmerisourceBergen Drug Corporation and H.D. Smith, LLC to Cure Amounts [Docket No. 181, 3/28/19]

w) Objection of FDC Harlingen, WF-I, Inc. to Debtors' Stated Cure Amounts [Docket No. 182, 3/28/19]

    x)    Objection to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors of Assumption, Assignment, and Sale with Respect to Substantially All of the Debtors' Assets and Precautionary Objection to Any Proposed Assumption and Assignment of Expired Lease with IPERS South Bay Portfolio, Inc. in Connection with the Debtors' Sale Motion [Docket No. 184, 3/29/19]

    y)    Juan Gonzalez-Ama's (DBA: G R Trucking) Cure Notice Objection Response [Docket No. 186, 4/2/19]

    z)    Informal objection of NAI Hanson Management LLC

    aa)    Informal objection of Givens Enterprises, LLC

    bb)    Informal objection of Beacon Commerce

    cc)    Informal objection of XTRA Lease

    dd)    Informal objection of Economic Development and Industrial Corporation of Boston

    ee)    Informal objection of Flash Global

    ff)    Informal objection of Compression Solutions, LLC

Status:    The Debtors have resolved the informal objection from the Committee and the Committee supports the sales of assets. This matter will go forward on an uncontested basis. At the hearing, the Debtors intend to present two sale orders for the Court's consideration: (i) an order authorizing the sale of certain of the Debtors' assets to TFI and (ii) an order authorizing a sale of certain of the Debtors' accounts receivable to Tiger. The cure and/or adequate assurance objections referenced in items (r) through (ff) above pertain to contracts or leases that are not being assumed and assigned by the Debtors or acquired by either of the buyers. Accordingly, the Debtors have communicated to each of the parties listed in (r) through (ff) that these objections are moot.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>April 15, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Joseph M. Barry*<br>Joseph M. Barry (No. 4221)<br>Matthew B. Lunn (No. 4119)<br>Donald J. Bowman, Jr. (No. 4383)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |