**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 15, 2019 AT 10:00 A.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' First Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a) and 554 of the Bankruptcy Code, Authorizing (I) the Debtors' Rejection of Certain Executory Contracts and Unexpired Real Property Leases, *Nunc Pro Tunc* to April 30, 2019, and (II) the Abandonment of Any Remaining Property Located at Locations Covered By Such Real Property Leases [Docket No. 255, 4/30/19]

    Related Documents:

    a) Notice of Amended Exhibit 1 to Proposed Order [Docket No. 273, 5/8/19]

    b) Certificate of No Objection [Docket No. 276, 5/9/19]

    c) Order, Pursuant to Sections 105(a), 365(a) and 554 of the Bankruptcy Code, Authorizing (I) the Debtors' Rejection of Certain Executory Contracts and Unexpired Real Property Leases, *Nunc Pro Tunc* to April 30, 2019, and (II) the Abandonment of Any Remaining Property Located at Locations Covered By Such Real Property Leases [Docket No. 282, 5/10/19]

    Objection Deadline: May 8, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None to date.

    Status: An order has been entered. No hearing is necessary.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997). The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

[2] Amended information appears in **bold**.

2.     Debtors' Second Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (I) Authorizing the Debtors' Rejection of Certain Executory Contracts, *Nunc Pro Tunc* to April 30, 2019, (II) Waiving the Requirements of Rule 6006(f)(6) of the Bankruptcy Rules and (III) Granting Related Relief [Docket No. 256, 4/30/19]

    Related Documents:

        a)     Certificate of No Objection [Docket No. 277, 5/9/19]

        b)     Order (Second), Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (I) Authorizing the Debtors' Rejection of Certain Executory Contracts, *Nunc Pro Tunc* to April 30, 2019, (II) Waiving the Requirements of Rule 6006(f)(6) of the Bankruptcy Rules and (III) Granting Related Relief [Docket No. 283, 5/10/19]

    Objection Deadline: May 8, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None to date.

    Status: An order has been entered. No hearing is necessary.

3.     Debtors' Third Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (I) Authorizing the Debtors' Rejection of Certain Executory Contracts, *Nunc Pro Tunc* to April 30, 2019, (II) Waiving the Requirements of Rule 6006(f)(6) of the Bankruptcy Rules and (III) Granting Related Relief [Docket No. 257, 4/30/19]

    Related Documents:

        a)     Certificate of No Objection [Docket No. 278, 5/9/19]

        b)     Order (Third), Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, (I) Authorizing the Debtors' Rejection of Certain Executory Contracts, *Nunc Pro Tunc* to April 30, 2019, (II) Waiving the Requirements of Rule 6006(f)(6) of the Bankruptcy Rules and (III) Granting Related Relief [Docket No. 284, 5/10/19]

    Objection Deadline: May 8, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None to date.

    Status: An order has been entered. No hearing is necessary.

4.      Debtors' Fourth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors' Rejection of Certain Unexpired Real Property Subleases, *Nunc Pro Tunc* to May 1, 2019 [Docket No. 261, 5/1/19]

     Related Documents:

          a)     Certificate of No Objection [Docket No. 279, 5/9/19]

          b)     Order (Fourth), Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors' Rejection of Certain Unexpired Real Property Subleases, *Nunc Pro Tunc* to May 1, 2019 [Docket No. 285, 5/10/19]

     Objection Deadline: May 8, 2019 at 4:00 p.m. (ET)

     Objections/Responses Filed: None to date.

     Status: An order has been entered. No hearing is necessary.

5.      Debtors' Motion for an Order, Pursuant to Section 363 of the Bankruptcy Code, Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests, and Encumbrances [Docket No. 264, 5/1/19]

     Related Documents:

          a)     Certification of Counsel [Docket No. 280, 5/9/19]

          b)     Order, Pursuant to Section 363 of the Bankruptcy Code, Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests, and Encumbrances [Docket No. 286, 5/10/19]

     Objection Deadline: May 8, 2019 at 4:00 p.m. (ET)

     Objections/Responses Filed:

          c)     Informal comments from the U.S. Trustee

     Status: An order has been entered. No hearing is necessary.

**UNCONTESTED MATTER GOING FORWARD**

6.      Debtors' Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing a Settlement By and Among the Debtors, the Eos Parties, and the Official Committee of Unsecured Creditors [Docket No. 250, 4/24/19]

Related Documents:

a)  Declaration of Bradley E. Scher in Support of Debtors' Motion Pursuant to Sections 105 and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing a Settlement By and Among the Debtors, the Eos Parties, and the Official Committee of Unsecured Creditors [Docket No. 287, 5/13/19]

b)  **Notice of Filing of Exhibit to Proposed Order Pursuant to Sections 105 and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing a Settlement By and Among the Debtors, the Eos Parties, and the Official Committee of Unsecured Creditors [Docket No. 289, 5/13/19]**

c)  **Certificate of No Objection [Docket No. 290, 5/13/19]**

Objection Deadline: May 8, 2019 at 4:00 p.m. (ET) [Extended to May 9, 2019 at 4:00 p.m. (ET) solely with respect to the U.S. Trustee, and May 10, 2019 at 4:00 p.m. solely with respect to Alliant Insurance Services, Inc.]

Objections/Responses Filed:  None to date.

**Status:  A Certificate of No Objection and exhibit to the proposed order have been filed.  Unless the Court has questions regarding the requested relief, no hearing is necessary.**

Dated: Wilmington, Delaware
May 13, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*
Joseph M. Barry (No. 4221)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Jordan E. Sazant (No. 6515)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*