**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | Case No. 19-10316 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 17, 2019 AT 2:00 P.M. (ET)**

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 331, 6/12/19]

   Related Documents:

   a) Certificate of No Objection [Docket No. 362, 6/27/19]

   b) Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 367, 7/2/19]

   Objection Deadline: June 26, 2019 at 4:00 p.m. (ET)

   Objections/Responses Filed: None.

   Status: An order has been entered. No hearing is necessary.

2. Debtors' Motion for an Order Extending the Deadline by Which to Assume or Reject an Unexpired Lease of Nonresidential Real Property [Docket No. 348, 6/18/19]

   Related Documents:

   a) Certificate of No Objection [Docket No. 371, 7/3/19]

   b) Order Extending the Deadline by Which to Assume or Reject an Unexpired Lease of Nonresidential Real Property [Docket No. 375, 7/8/19]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997). The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

> Objection Deadline: July 2, 2019 at 4:00 p.m. (ET)
>
> Objections/Responses Filed: None.
>
> Status: An order has been entered. No hearing is necessary.

3. Debtors' Sixth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a) and 554(a) of the Bankruptcy Code, (I) Authorizing the Debtors' Rejection of Certain Executory Contracts and an Unexpired Lease, Effective as of the Applicable Rejection Effective Date, and (II) Granting Related Relief [Docket No. 354, 6/26/19]

    Related Documents:

    a) Certificate of No Objection [Docket No. 381, 7/11/19]

    b) Order, Pursuant to Sections 105(a), 365(a) and 554(a) of the Bankruptcy Code, (I) Authorizing the Debtors' Rejection of Certain Executory Contracts and an Unexpired Lease, Effective as of the Applicable Rejection Effective Date, and (II) Granting Related Relief [Docket No. 383, 7/12/19]

    Objection Deadline: July 10, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None.

    Status: An order has been entered. No hearing is necessary.

**UNCONTESTED MATTER GOING FORWARD**

4. Debtors' Motion for Entry of an Order (I) Converting Their Chapter 11 Cases to Cases Under Chapter 7 and (II) Granting Related Relief [Docket No. 355, 6/26/19]

    Objection Deadline: July 10, 2019 at 4:00 p.m. (ET)

    Objections/Responses Filed: None to date.

    Status: This matter is uncontested. The Debtors intend to submit a conversion order under Certification of Counsel following the hearing.

**FEE APPLICATIONS**

5. Final Fee Applications of the Professionals listed on Exhibit A attached hereto [Various Docket Nos.]

    Related Documents:

    a) See Exhibit A attached hereto.

    b) Certification of Counsel [Docket No. 389, 7/15/19]

Initial Objection Deadline:  July 11, 2019 at 4:00 p.m. (ET)

Supplemental Objection Deadline:  July 15, 2019 at 11:00 a.m. (ET)

Objections/Responses Filed:  None to date.

Status:  This matter is uncontested.  A proposed fee order has been submitted under Certification of Counsel.

Dated: Wilmington, Delaware  
July 15, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Barry*  
Joseph M. Barry (No. 4221)  
Matthew B. Lunn (No. 4119)  
Donald J. Bowman, Jr. (No. 4383)  
Jordan E. Sazant (No. 6515)  
Rodney Square, 1000 North King Street  
Wilmington, Delaware 19801  
Tel: (302) 571-6600  
Fax: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

**BeavEx Holding Corporation, *et al*., Case No. 19-10316 (LSS)**

**EXHIBIT A - INDEX TO FEE APPLICATIONS**

**DEBTORS' PROFESSIONALS**

*Young Conaway Stargatt & Taylor, LLP*

1. Fifth Monthly and Final Application for the Monthly Period June 1, 2019 - June 26, 2019 and the Final Period February 18, 2019 - June 26, 2019 [Docket No. 359, 6/27/19]

    A. First Monthly Application for the Period February 18, 2019 - February 28, 2019 [Docket No. 209, 4/8/19]

    B. Certificate of No Objection [Docket No. 254, 4/30/19]

    C. Second Monthly Application for the Period March 1, 2019 - March 31, 2019 [Docket No. 266, 5/3/19]

    D. Certificate of No Objection [Docket No. 314, 5/24/19]

    E. Third Monthly Application for the Period April 1, 2019 - April 30, 2019 [Docket No. 329, 6/11/19]

    F. Certificate of No Objection [Docket No. 368, 7/3/19]

    G. Fourth Monthly Application for the Period May 1, 2019 - May 31, 2019 [Docket No. 333, 6/12/19]

    H. Certificate of No Objection [Docket No. 369, 7/3/19]

    I. Supplement to Fifth Monthly and Final Application [Docket No. 384, 7/12/19]

*Stretto*

2. Consolidated First Monthly and Final Application for the Period February 18, 2019 - June 26, 2019 [Docket No. 360, 6/27/19]

*PKF O'Connor Davies LLP*

3. Consolidated First Monthly and Final Application for the Period March 6, 2019 - June 26, 2019 [Docket No. 361, 6/27/19]

## COMMITTEE'S PROFESSIONALS

*Brown Rudnick LLP*

4. Final Application for the Period March 1, 2019 - July 11, 2019 [Docket No. 363, 6/27/19]

    A. First Monthly Application for the Period March 1, 2019 - March 31, 2019 [Docket No. 298, 5/14/19]

    B. Certificate of No Objection [Docket No. 325, 6/5/19]

    C. Second Monthly Application for the Period April 1, 2019 - April 30, 2019 [Docket No. 313, 5/24/19]

    D. Certificate of No Objection [Docket No. 340, 6/14/19]

    E. Third Monthly Application for the Period May 1, 2019 - May 31, 2019 [Docket No. 352, 6/24/19]

    F. Supplement to Final Application [Docket No. 388, 7/12/19]

*Saul Ewing Arnstein & Lehr LLP*

5. Fourth Monthly and Final Application for the Period March 1, 2019 - July 11, 2019 [Docket No. 358, 6/27/19]

    A. First Monthly Application for the Period March 1, 2019 - March 31, 2019 [Docket No. 297, 5/14/19]

    B. Certificate of No Objection [Docket No. 324, 6/4/19]

    C. Second Monthly Application for the Period April 1, 2019 - April 30, 2019 [Docket No. 312, 5/24/19]

    D. Certificate of No Objection [Docket No. 341, 6/14/19]

    E. Third Monthly Application for the Period May 1, 2019 - May 31, 2019 [Docket No. 349, 6/21/19]

    F. Certificate of No Objection [Docket No. 387, 7/12/19]

    G. Supplement to Fourth Monthly and Final Application [Docket No. 385, 7/12/19]

*Dundon Advisers, LLC*

6. Final Application for the Period March 1, 2019 - July 12, 2019 [Docket No. 365, 6/27/19]

   A. First Monthly Application for the Period March 1, 2019 - March 31, 2019 [Docket No. 268, 5/6/19]

   B. Certificate of No Objection [Docket No. 319, 5/30/19]

   C. Second Monthly Application for the Period April 1, 2019 - April 30, 2019 [Docket No. 310, 5/24/19]

   D. Certificate of No Objection [Docket No. 342, 6/14/19]

   E. Third Monthly Application for the Period May 1, 2019 - May 31, 2019 [Docket No. 353, 6/25/19]

   F. Supplement to Final Application [Docket No. 386, 7/12/19]