# Chapter 1

MANUEL SALDANA (SBN: 137060)
msaldana@grsm.com
NICOLE M. ORTIZ (SBN: 315833)
nortiz@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5054
Facsimile: (213) 680-4470

Attorneys for Defendants
JNJW ENTERPRISES, INC., BEAVEX INC., KAOHAY ENG
and MANUEL SALVADOR MARAVILLA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF FRESNO

| | |
|---|---|
| KULWANT KALER; GURJIT SINGH; SARVRAJ SINGH, a minor through Kulwant Kaur, Guardian Ad Litem; NAVJIT KAUR, a minor through Kulwant Kaur, Guardian Ad Litem; and HARTEGVEER SINGH, a minor through Kulwant Kaur, Guardian Ad Litem; individually and as Successors-in-Interest to JASVIR KAUR, decedent;<br><br>Plaintiffs,<br><br>vs.<br><br>JNJW ENTERPRISES, INC., a California Corporation; KAOHAY ENG a.k.a. ENG KAOHAY, an individual; MANUEL SALVADOR MARAVILLA, an individual; JASWINDER KAUR; SUKHWINDER KAUR and DOES 1-60,<br><br>Defendants. | CASE NO. 18CECG00833<br>*[Assigned to Hon. Mark W. Snauffer, Dept. 305]*<br><br>**SUGGESTION OF BANKRUPTCY**<br><br><br><br>Complaint Filed: March 8, 2018<br>Trial Date: March 16, 2020 |

**PLEASE TAKE NOTICE** that, on February 18, 2019, voluntary petitions (collectively, the "Voluntary Petitions") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), were filed in the United States Bankruptcy Court for the District of Delaware by: BeavEx Holding Corporation, Case No. 19-10316; BeavEx Acquisition, Inc., Case No. 19-10317; BeavEx Incorporated, Case No. 19-10318; JNJW Enterprises, Inc., Case No. 19-

-1-
SUGGESTION OF BANKRUPTCY

10319; and USXP, LLC, Case No. 19-10320 (collectively, the "Debtors"). The Debtors' chapter 11 cases are being jointly administered under case number 19-10316 (LSS).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Voluntary Petitions, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors or any of the Debtors' related entities that was, or could have been, commenced before the filing of the Voluntary Petitions or any act to obtain possession of or exercise control over property of the estate.

Dated: March 1, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Manuel Saldana
Nicole M. Ortiz
Attorneys for Defendants
BEAVEX INC., JNJW ENTERPRISES, INC., KAOHAY ENG a.k.a. ENG KAOHAY and MANUEL SALVADOR MARAVILLA

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071. On March 1, 2019, I served the within documents:

SUGGESTION OF BANKRUPTCY

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

Mohinder S. Mann
THE MANN LAW FIRM
1027 W. Taylor Street
San Jose, CA 95126
Telephone: (408) 387-1600
Facsimile: (408) 287-1639
*Attorneys for Plaintiffs*

Jaswinder Kaur
VPO Hussainpur Lallowal
Hoshiarpur, Punjab, India
*Nominal Defendant*

Sukhwinder Kaur
719 South 19th Street
Kerman, CA 93630
*Nominal Defendant*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 1, 2019 at Los Angeles, California.

_____
Monine Zerby