# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                    : Chapter 7
                                          :
BEAVEX HOLDING CORPORATION, *et al.*,[1]   : Case No. 19-10316 (LSS)
                                          : (Jointly Administered)
                                          :
              Debtors.                    : **RE: D.I. 401, 416**
---------------------------------------------------------------x

## CERTIFICATION OF COUNSEL REGARDING
## ORDER MODIFYING THE AUTOMATIC STAY

I, Matthew G. Summers, Esquire, of Ballard Spahr LLP, counsel for Kulwant Kaler, Gurjit Singh, Sarvraj Singh, a minor through Kulwat Kaur, Guardian Ad Litem, Navjit Kaur, a minor through Kulwant Kaur, Guardian Ad Litem, and Hartegveer Singh, a minor through Kulwant Kaur, Guardian Ad Litem; individually and as Successors-in-Interest to Jasvir Kaur, decedent (collectively, "Movants") hereby certifies as follows:

1. On July 23, 2019, the Movants filed the *Motion of Kulwant Kaler, Gurjit Singh, Sarvraj Singh, a Minor Through Kulwat Kaur, Guardian Ad Litem, Navjit Kaur, a Minor Through Kulwant Kaur, Guardian Ad Litem, and Hartegveer Singh, a Minor Through Kulwant Kaur, Guardian Ad Litem; Individually and as Successors-in-Interest to Jasvir Kaur, Decedent for Relief from the Automatic Stay* (D.I. 401) ("Stay Motion").

2. On June 26, 2019, the Debtors filed a *Motion for Entry of an Order (I) Converting Their Chapter Cases to Cases Under Chapter 7 and (II) Granting Related Relief* (D.I. 355) (the "Conversion Motion"). On July 23, 2019, the Court entered an Order granting the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers is as follows: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997). The headquarters for the above-captioned Debtors is located at 2120 Powers Ferry Road SE, Suite 300, Atlanta, GA 30339.

Conversation Motion, and George L. Miller was appointed as the interim Chapter 7 trustee (the "Chapter 7 Trustee") in the Debtors' Chapter 7 bankruptcy cases (the "Chapter 7 Cases"). *See* D.I. 398, 299.

3. On August 20, 2019, the Movants filed the *Stipulation to Modify the Automatic Stay* (D.I. 416) incorporating the Parties' agreement.

4. Accordingly, the Parties respectfully request that the Court enter an Order, in substantially the form attached hereto as **Exhibit 1**, at its earliest convenience.

Dated: August 20, 2019
Wilmington, Delaware

Respectfully submitted,

*/s/ Matthew G. Summers*
Leslie C. Heilman, Esquire (DE No. 4716)
Matthew G. Summers, Esquire (DE No. 5533)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
       summersm@ballardspahr.com

and

Adam C. Ballinger, Esquire
BALLARD SPAHR LLP
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: (612) 371-6203
Facsimile: (612) 371-3207
E-mail: ballingera@ballardspahr.com

*Counsel to Kulwant Kaler, Gurjit Singh, Sarvraj Singh, a minor through Kulwat Kaur, Guardian Ad Litem, Navit Kaur, a minor through Kulwant Kaur, Guardian Ad Litem, and Hartegveer Singh, a minor through Kulwant Kaur, Guardian Ad Litem; individually and as Successors-in-Interest to Jasvir Kaur, decedent*