# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BEAVEX HOLDING CORPORATION, *et al.,* | Case No. 19-10316 (LSS) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 22, 2019, AT 11:00 A.M. (ET)

### I. MATTER WITH CERTIFICATION OF COUNSEL

1. Motion of Kulwant Kaler, Gurjit Singh, Sarvraj Singh, a Minor through Kulwat Kaur, Guardian Ad Litem, Navit Kaur, a Minor through Kulwant Kaur, Guardian Ad Litem, and Hartegveer Singh, a Minor through Kulwant Kaur, Guardian Ad Litem, Individually and as Successors-In-Interest to Jasvir Kaur, Decedent for Relief from the Automatic Stay (Filed: 7/23/2019; D.I. 401)

   <u>Objection/Response Deadline</u>: August 15, 2019, at 4:00 p.m. (extended for the Chapter 7 Trustee to August 19, 2019)

   <u>Objections/Responses Received</u>: None.

   <u>Related Documents</u>:

   A. Stipulation to Modify the Automatic Stay (Filed: 8/20/19; D.I. 416)

   B. [Proposed] Order Modifying the Automatic Stay (Filed: 8/20/2019; D.I. 417-1)

   C. Certification of Counsel Regarding Order Modifying Automatic Stay (Filed: 8/20/2019; D.I. 417)

   Status: The Movant and the Chapter 7 Trustee have resolved all issues and a Stipulation and Proposed Order have been filed. The Court may enter the Proposed Order at its earliest convenience

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).

2

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: August 20, 2019 | */s/ David M. Klauder* <br> David M. Klauder (No. 5769) <br> 1204 N. King Street <br> Wilmington, DE  19801 <br> Telephone: 302-803-4600 <br> Facsimile: 302- 397-2557 <br> dklauder@bk-legal.com <br><br> *Proposed Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of BeavEx Holding Corporation, et al.* |