## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BEAVEX HOLDING CORPORATION, *et al.,* | Case No. 19-10316 (LSS) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AGENDA OF MATTER SCHEDULED
### FOR HEARING ON SEPTEMBER 24, 2019 AT 2:00 P.M. (ET)

**I. MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Finding That U.S. Bank National Association Violated the Automatic Stay by Improperly Withholding Bank Records of the Bankruptcy Estate and Issuing Sanctions Thereto. (II) Compelling Turnover of Bank Records to the Chapter 7 Trustee, and (III) Granting Related Relief (Filed: 9/3/2019; D.I. 432)

   Objection/Response Deadline:  September 17, 2019, at 4:00 P.M. (ET)

   Objections/Responses Received: None

   Related Documents:

   A. Certificate of No Response (Filed: 9/19/2019; D.I. 437)

   B. [Proposed] Order (I) Finding That U.S. Bank National Association Violated the Automatic Stay by Improperly Withholding Bank Records of the Bankruptcy Estate and Issuing Sanctions Thereto. (II) Compelling Turnover of Bank Records to the Chapter 7 Trustee, and (III) Granting Related Relief (Filed: 9/19/2019; D.I. 437-1)

   Status: A Certificate of No Objection has been filed.  The Court may enter the proposed order at its earliest convenience.

   .

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: September 20, 2019 | */s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE  19801<br>Telephone: 302-803-4600<br>Facsimile: 302- 397-2557<br>dklauder@bk-legal.com |
|  | *Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of BeavEx Holding Corporation, et al.* |