## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BEAVEX HOLDING CORPORATION, *et al.,* | Case No. 19-10316 (LSS) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 7, 2019 AT 10:00 A.M. (ET)**

### I. RESOLVED MATTER

1. Application of George L. Miller, the Chapter 7 Trustee, For an Order Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Employment and Retention of Young Conaway Stargatt & Taylor, LLC as Special Counsel to Trustee *Nunc Pro Tunc* to September 18, 2019 (Filed: 10/10/2019; D.I. 452)

    Objection/Response Deadline:  October 24, 2019, at 4:00 P.M. (ET)

    Objections/Responses Received: None

    Related Documents:

    A. Certificate of No Response (Filed: 10/29/2019; D.I. 454)

    B. Order Approving the Application of George L. Miller, the Chapter 7 Trustee, For an Order Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Employment and Retention of Young Conaway Stargatt & Taylor, LLC as Special Counsel to Trustee *Nunc Pro Tunc* to September 18, 2019 (Filed: 11/1/2019; D.I. 455)

    Status: The order has been entered.  No hearing is necessary.

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).

## II. MATTER WITH CERTIFICATE OF NO OBJECTION

2. Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Abandonment of Certain Books and Records of the Debtors (Filed: 10/24/2019; D.I. 453)

Objection/Response Deadline:  October 31, 2019, at 4:00 P.M. (ET)

Objections/Responses Received: None

Related Documents:

   A. Certificate of No Response (Filed: 11/4/2019; D.I. 456)

   B. [Proposed] Order Authorizing Chapter 7 Trustee to Abandon Certain Books ans Records of the Debtors (Filed: 10/24/2019; D.I. 453-2)

Status: A Certificate of No Objection has been filed.  The Court may enter the proposed order at its earliest convenience.

**BIELLI & KLAUDER, LLC**

Dated: November 4, 2019

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE  19801
Telephone: 302-803-4600
Facsimile: 302- 397-2557
dklauder@bk-legal.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of BeavEx Holding Corporation, et al.*