# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BEAVEX HOLDING CORPORATION, *et al.,* | Case No. 19-10316 (LSS) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 5, 2019, AT 10:00 A.M. (EST)

**I.   MATTERS WITH CERTIFICATE OF NO OBJECTION**

1. First Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Successor Chapter 7 Trustee, for the Period from July 26, 2019 through October 31, 2019 (Filed: 11/14/2019; D.I. 461)

    Objection/Response Deadline:  November 28, 2019, at 4:00 p.m.

    Objections/Responses Received: None.

    Related Documents:

    A. [Proposed] Order Approving First Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Successor Chapter 7 Trustee, for the Period from July 26, 2019 through October 31, 2019 (Filed: 11/14/2019; D.I. 461-3)

    B. Certificate of No Response (Filed: 12/2/19; D.I. 466)

    Status:  A Certificate of No Response has been filed.  The Court may enter the Order as its earliest convenience.

2. First Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from July 23, 2019 through September 30, 2019 (Filed: 11/14/2019; D.I. 462)

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).

2

Objection/Response Deadline:  November 28, 2018, at 4:00 p.m.

Objections/Responses Received: None.

Related Documents:

- A. [Proposed] Order Allowing Miller Coffey Tate LLP Compensation for Services Rendered and Reimbursement of Expenses (Filed: 11/14/2019; D.I. 462-1)

- B. Certificate of No Response (Filed: 12/2/19; D.I. 467)

Status:   A Certificate of No Response has been filed.  The Court may enter the Order as its earliest convenience.

**BIELLI & KLAUDER, LLC**

Dated: December 2, 2019

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE  19801
Phone: 302-803-4600
Fax: 302-397-2557
dklauder@bk-legal.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates Beavex Holding Corporation, et al.*