# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BEAVEX HOLDING CORPORATION, *et al.,* | Case No. 19-10316 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket No. 486** |

## CERTIFICATION OF COUNSEL REGARDING ORDER MODIFYING THE AUTOMATIC STAY

I, David M. Klauder, Esquire, of Bielli & Klauder, LLC, counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee") in the above-referenced cases, hereby certifies the following:

On July 17, 2020, a Stipulation between the Trustee and Mashauni Walker was filed at D.I. 486. The Stipulation provides for an agreement to modify the automatic stay. The parties have agreed upon a proposed form of order, which is attached hereto as Exhibit 1 and approves the Stipulation and modifies the automatic stay as set forth in the Stipulation.

It is hereby respectfully requested that the proposed Order, attached hereto as Exhibit 1, be entered at the earliest convenience of the Court.

Dated: July 17, 2020
      Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Debtors*

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: BeavEx Holding Corporation (7740); BeavEx Acquisition, Inc. (5497); BeavEx Incorporated (7355); JNJW Enterprises, Inc. (4963); and USXP, LLC (2997).