IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BEAVEX HOLDING CORPORATION, *et al.*,[1] | ) | Case No. 19-10316 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of the Bankruptcy Estates of BeavEx Holding Corporation, *et al.*, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. See Exhibit "1-A" (LSS) |
| | ) | |
| Defendants Listed on Exhibit "1-A" | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 26, 2023 AT 10:00 A.M. (ET)**

**This hearing is cancelled.**

I. **PRETRIAL CONFERENCES**

1. Pretrial Conferences in the Adversary Proceedings listed on Exhibit "1-A".

    Status: The pretrial conferences in the Adversary Proceedings listed on Exhibit "1-A" have been adjourned to a date to be determined.

II. **RESOLVED MATTERS**

2. Seventh Omnibus Motion of Chapter 7 Trustee for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Agreements [Filed: January 4, 2023; Docket No. 615].

    Objection/Response Deadline: January 19, 2023 at 4:00 p.m.

    Objections/Responses Received: None.

---

[1] The Debtors in these cases are: BeavEx Holding Corporation; BeavEx Acquisition, Inc.; BeavEx incorporated; JNJW Enterprises, Inc.; and USXP, LLC.

<u>Related Documents</u>:

    A. Certificate of No Objection [Filed: January 23, 2023; Docket No. 616]; and

    B. [Proposed] Seventh Omnibus Order, Pursuant to Bankruptcy Rule 9019(a), Approving Settlement Agreements [Filed: January 4, 2023; Docket No. 615-4].

<u>Status</u>: A Certificate of No Objection has been filed. The Court indicated that it will enter an Order approving the Motion. Accordingly, this matter is not going forward and the hearing is cancelled.

**BIELLI & KLAUDER, LLC**

Dated: January 24, 2023

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: 302-803-4600
dklauder@bk-legal.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of BeavEx Holding Corporation, et al.*